```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IDEAL PLASTIC CONTAINER COMPANY,
                 Petitioner(s).

            08 civ 468 (JGK)

      -against-

         **ARBITRATION AWARD**
UFCW LOCAL 174 COMMERCIAL HEALTH     **SCHEDULING ORDER**
CARE FUND and COMMERCIAL PENSION FUND.
                 Respondent(s).
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

A Petition to confirm/vacate an arbitration award has been filed with the Court.

It is hereby ordered that the respondents shall answer the petition within twenty (20) days after the receipt of this order.

It is further ordered that the petitioners file a reply within ten (10) days after receipt of the response. The Court will contact the parties for oral argument.

The petitioner is directed to serve a copy of this order on the respondent(s) immediately upon receipt.

**SO ORDERED.**

                                           _____
                                           JOHN G. KOELTL
                                           UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 21, 2008