```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

Fax:973-226-0031    Mar 10 2008 04:40pm P003/005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION | : CIV.ACTION NO: 08-civ-468(JGK) |
| IDEAL PLASTIC CONTAINER COMPANY<br><br>Petitioner,<br>and<br><br>UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND<br><br>Respondent | : STIPULATION OF DISMISSAL<br>: WITH PREJUDICE AND WITHOUT<br>: COSTS OR FEES PURSUANT TO<br>: FEDERAL RULES OF CIVIL<br>: PROCEDURE 41(a)(1) |

THE MATTERS in difference in the above-captioned action having been amicably adjusted by and between the parties; it is hereby stipulated and agreed, pursuant to FRCP 41(a)(1) that the above-captioned action (including without limitation all claims and counterclaims) be and is hereby dismissed in its entirety, with prejudice and without costs or attorneys' fees against any party.

DATED: March 10, 2008

JONATHAN J. LERNER, ESQ. (2916)
STARR, GERN, DAVISON & RUBIN
Attorney for Petitioner
105 Eisenhower Parkway
Roseland, NJ 07068
Tel: 973-403-9200
       and
530 Fifth Avenue, 9th Floor
New York, NY 10036
(212) 681-0117

ANDREW J. CALCAGNO, ESQ.
CALCAGNO & ASSOCIATES
Attorney for Respondent
213 South Avenue East
Cranford, NJ 07016
Tel: (908) 272-7300

Miriam Goldman Cederbaum
March 11, 2008
Part I