```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION | : CIV.ACTION NO: 08-civ-468(JGK) |
| IDEAL PLASTIC CONTAINER COMPANY | : STIPULATION OF DISMISSAL |
| Petitioner, | : WITH PREJUDICE AND WITHOUT |
| and | : COSTS OR FEES PURSUANT TO |
| | : FEDERAL RULES OF CIVIL |
| UFCW LOCAL 174 COMMERCIAL HEALTH | : PROCEDURE 41(a)(1) |
| CARE FUND AND COMMERCIAL PENSION FUND | |
| Respondent | |

**THE MATTERS** in difference in the above-captioned action having been amicably adjusted by and between the parties; it is hereby stipulated and agreed, pursuant to FRCP 41(a)(1) that the above-captioned action (including without limitation all claims and counterclaims) be and is hereby dismissed in its entirety, with prejudice and without costs or attorneys' fees against any party.

DATED: March 10, 2008

JONATHAN J. LERNER, ESQ. (2916)
STARR, GERN, DAVISON & RUBIN
Attorney for Petitioner
105 Eisenhower Parkway
Roseland, NJ 07068
Tel: 973-403-9200
  and
530 Fifth Avenue, 9th Floor
New York, NY 10036
(212) 681-0117

ANDREW J. CALCAGNO, ESQ.
CALCAGNO & ASSOCIATES
Attorney for Respondent
213 South Avenue East
Cranford, NJ 07016
Tel: (908) 272-7300

So ordered.
The Clerk is directed to enter Judgment and to close the case.
So ordered
3/16/08    JG Koeltl
           U.S.D.J.